| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, James P | 2. Court or Organization<br><br>Western District of Virginia | 3. Date of Report<br><br>05/04/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>P. O. Box 669<br>Abingdon, VA 24212 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 14 A 11:04 FINANCIAL DISCLOSURE C...

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ███████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. The Ford Foundation | 3/21-4/2 - Queenstown, MD, Aspen Institute Judges Seminar (room, meals, & transportation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. The Doris Duke Trust, income beneficiary | D | Dividend | P3 | T | | | | | |
| 2. FBR Gas Utility Index Fund | A | Dividend | J | T | | | | | |
| 3. Bell South Corporation common stock | A | Dividend | K | T | | | | | |
| 4. Chevron Corp common stock | C | Dividend | M | T | | | | | |
| 5. Duke Energy common stock | E | Dividend | O | T | | | | | |
| 6. Exxon Mobil common stock | C | Dividend | N | T | | | | | |
| 7. IBM common stock | B | Dividend | L | T | | | | | |
| 8. AT&T Inc. common stock | A | Dividend | K | T | | | | | |
| 9. T. Rowe Price Va Bond Fund | A | Dividend | J | T | | | | | |
| 10. T. Rowe Price Summit Muncipal Intermediate Fund | A | Dividend | J | T | | | | | |
| 11. T. Rowe Price Growth Stock Fund | D | Dividend | N | T | | | | | |
| 12. T. Rowe Price New Horizons Fund | D | Dividend | M | T | | | | | |
| 13. Gateway common stock | | None | | | sale | 12/27 | J | A | |
| 14. T. Rowe Price New Asia Fund | D | Dividend | M | T | | | | | |
| 15. T. Rowe Price Int'l Stock Fund | D | Dividend | M | T | | | | | |
| 16. T. Rowe Price Int'l Stock Fund | D | Dividend | M | T | | | | | |
| 17. T. Rowe Price New Income Fund | E | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Prime Reserve Fund | E | Dividend | N | T | | | | | |
| 19. T. Rowe Price Science & Tech. Fund | | None | L | T | partial sale | 12/27 | J | A | |
| 20. T. Rowe Price Blue Chip Growth Fund | B | Dividend | N | T | | | | | |
| 21. T. Rowe Price Equity Index 500 Fund | E | Dividend | P1 | T | | | | | |
| 22. T. Rowe Price Value Fund | C | Dividend | M | T | | | | | |
| 23. T. Rowe Price Equity Income | C | Dividend | L | T | | | | | |
| 24. Wachovia Bank account | A | Interest | J | T | | | | | |
| 25. Semans ▇▇▇ Limited Partnership | | None | | | liquidation | 12/21 | P1 | H1 | |
| 26. TS&W Int'l Equity Portfolio | E | Dividend | M | T | buy | 5/8 | L | | |
| 27. 3M Co common stock | A | Dividend | J | T | | | | | |
| 28. AMR Corp. common stock | | None | J | T | buy | 3/6 | J | | |
| 29. AON Corp common stock | A | Dividend | J | T | buy | 3/21 | J | | |
| 30. | | | | | buy | 9/21 | J | | |
| 31. Abbott Laboratories common stock | A | Dividend | J | T | | | | | |
| 32. Advanced Micro Devices Inc common stock | | None | | | sale | 7/6 | J | A | |
| 33. Agilent Technologies Inc common stock | | None | K | T | buy | 5/4 | J | | |
| 34. | | | | | buy | 9/21 | J | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000; R =Cost (Real Estate Only); P4 =More than $50,000,000; T =Cash Market
(See Column C2) Q =Appraisal; V =Other; S =Assessment; U =Book Value; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. American Int'l Group Inc common stock | A | Dividend | K | T | buy | 9/7 | J | | |
| 36. | | | | | buy | 9/21 | J | | |
| 37. | | | | | buy | 11/30 | J | | |
| 38. Allstate Corp common stock | A | Dividend | | | sale | 3/21 | J | B | |
| 39. Anadarko Petroleum Corp common stock | A | Dividend | | | sale | 11/21 | J | C | |
| 40. Avery Dennison Corp common stock | A | Dividend | K | T | buy | 5/30 | J | | |
| 41. | | | | | buy | 9/21 | J | | |
| 42. Ashland Inc | A | Dividend | | | buy | 6/20 | J | | |
| 43. | | | | | sale | 11/6 | J | A | |
| 44. Arkema ADR | A | Dividend | | | spinoff | 5/26 | J | | |
| 45. | | | | | sale | 7/26 | J | A | |
| 46. Bank of America common stock | A | Dividend | J | T | | | | | |
| 47. Baxter International common stock | A | Dividend | J | T | | | | | |
| 48. | | | | | buy | 1/5 | J | | |
| 49. | | | | | buy | 5/22 | J | | |
| 50. | | | | | partial sale | 9/21 | J | B | |
| 51. BJ Services Company common stock | A | Dividend | J | T | buy | 5/22 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BMC Software Inc. common stock | | None | K | T | | | | | |
| 53. | | | | | buy | 1/6 | J | | |
| 54. Bristol Myers Squibb Co common stock | A | Dividend | J | T | | | | | |
| 55. Burlington Northern Santa Fe common stock | A | Dividend | J | T | | | | | |
| 56. Carnival Corp paired shares | A | Dividend | J | T | buy | 11/14 | J | | |
| 57. Caterpillar Inc. common stock | A | Dividend | J | T | | | | | |
| 58. Chevron Corp common stock | A | Dividend | J | T | | | | | |
| 59. Cigna Corp common stock | A | Dividend | J | T | | | | | |
| 60. | | | | | buy | 5/9 | J | | |
| 61. Citigroup Inc common stock | A | Dividend | K | T | | | | | |
| 62. | | | | | buy | 6/21 | J | | |
| 63. | | | | | buy | 9/21 | J | | |
| 64. Coventry Health Care Inc. common stock | | None | | | sale | 5/9 | J | B | |
| 65. Coca Cola Enterprises common stock | | None | J | T | buy | 11/29 | J | | |
| 66. CVS Corp common stock | A | Dividend | | | sale | 1/5 | J | A | |
| 67. Darden Restaurants Inc common stock | A | Dividend | | | sale | 5/30 | J | B | |
| 68. Davita Inc common stock | | None | J | T | buy | 2/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | sale | 6/7 | J | A | |
| 70. Dominion Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 71. Donnelley R R & Sons Co. common stock | | None | J | T | buy | 11/17 | J | | |
| 72. DR Horton common stock | A | Dividend | J | T | buy | 9/27 | J | | |
| 73. E-Trade Financial Corp common stock | | None | K | T | buy | 3/21 | K | | |
| 74. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 75. First Energy Corp common stock | A | Dividend | J | T | | | | | |
| 76. General Electric Co. common stock | A | Dividend | J | T | | | | | |
| 77. Goldman Sachs Group common stock | A | Dividend | J | T | | | | | |
| 78. Grant Prideco Inc common stock | | None | K | T | buy | 2/2 | K | | |
| 79. Hewlett Packard Co. common stock | A | Dividend | J | T | | | | | |
| 80. Home Depot common stock | A | Dividend | K | T | | | | | |
| 81. | | | | | buy | 5/22 | J | | |
| 82. Inco Ltd common stock | A | Dividend | J | T | buy | 3/6 | J | | |
| 83. Ingersoll-Rand Company common stock | A | Dividend | J | T | | | | | |
| 84. Johnson & Johnson common stock | A | Dividend | J | T | | | | | |
| 85. Kimberly Clark Corp comon stock | A | Dividend | | | sale | 1/3 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. L-3 Communications Hldgs common stock | A | Dividend | J | T | | | | | |
| 87. Laboratory Corp of America common stock | | None | J | T | partial sale | 9/11 | J | C | |
| 88. Manpower Inc common stock | A | Dividend | J | T | buy | 5/22 | J | | |
| 89. McAfee Inc. common stock | | None | | | sale | 6/20 | J | A | |
| 90. Merrill Lynch common stock | A | Dividend | K | T | | | | | |
| 91. MGIC Invts Corp common stock | A | Dividend | J | T | | | | | |
| 92. Microsoft Corp common stock | A | Dividend | K | T | partial sale | 5/4 | J | D | |
| 93. Nestle SA ADR | A | Dividend | K | T | | | | | |
| 94. Nokia Corp ADR | A | Dividend | K | T | buy | 1/27 | K | | |
| 95. Norfolk Southern common stock | A | Dividend | J | T | | | | | |
| 96. | | | | | buy | 5/22 | J | | |
| 97. Nucor Corp common stock | A | Dividend | J | T | buy | 6/21 | J | | |
| 98. Patterson UTI Energy common stock | A | Dividend | J | T | | | | | |
| 99. Pfizer Inc common stock | | None | J | T | buy | 11/21 | J | | |
| 100. Phelps Dodge common stock | A | Dividend | J | T | sale | 8/2 | J | C | |
| 101. PPL Corp common stock | | None | J | T | buy | 11/21 | J | | |
| 102. Plum Creek Timber Co REIT | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. PNC Financial Services common stock | A | Dividend | | | sale | 2/27 | J | C | |
| 104. Praxair, Inc common stock | A | Dividend | J | T | | | | | |
| 105. | | | | | buy | 9/21 | J | | |
| 106. Progressive Corp Ohio common stock | A | Dividend | | | buy | 3/21 | J | | |
| 107. | | | | | sale | 7/26 | J | A | |
| 108. Prudential Financial common stock | A | Dividend | J | T | | | | | |
| 109. Republic Svcs Inc common stock | A | Dividend | J | T | | | | | |
| 110. Rio Tinto PLC sponsored ADR | A | Dividend | J | T | | | | | |
| 111. AT&T New common stock | A | Dividend | J | T | sale | 5/4 | J | A | |
| 112. Schlumberger Ltd common stock | A | Dividend | K | T | | | | | |
| 113. Seagate Technology common stock | A | Dividend | K | T | buy | 1/17 | K | | |
| 114. Shire PLC ADR | A | Dividend | K | T | buy | 5/22 | K | | |
| 115. Southern Co common stock | A | Dividend | J | T | | | | | |
| 116. Suntrust Banks Inc common stock | | Dividend | K | T | | | | | |
| 117. Target Corp common stock | A | Dividend | J | T | | | | | |
| 118. Telefonaktiebolaget LM Ericsson sponsored ADR | A | Dividend | K | T | | | | | |
| 119. | | | | | buy | 9/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. St Paul Travelers Companies common stock | A | Dividend | K | T | | | | | |
| 121. | | | | | buy | 6/21 | J | | |
| 122. Terex Corp common stock | | None | J | T | buy | 6/21 | J | | |
| 123. T J X Cos Inc common stcok | | None | J | T | buy | 7/18 | J | | |
| 124. Time Warner Inc common stock | A | Dividend | K | T | | | | | |
| 125. | | | | | buy | 9/21 | J | | |
| 126. Total SA sponsored ADR | A | Dividend | K | T | | | | | |
| 127. Verigy Ltd common stock | | None | | | spinoff | 11/1 | J | | |
| 128. | | | | | sale | 12/20 | J | A | |
| 129. Wal-Mart Stores common stock | A | Dividend | J | T | | | | | |
| 130. Wells Fargo & Co common stock | A | Dividend | J | T | | | | | |
| 131. Schwab cash reserve fund | C | Dividend | O | T | buy | 1/4 | O | | |
| 132. Arlington Co VA muni bond | A | Interest | K | T | buy | 3/27 | K | | |
| 133. Bedford Co VA muni bond | A | Interest | K | T | buy | 6/29 | K | | |
| 134. Fairfax Co VA muni bond | A | Interest | K | T | buy | 6/21 | K | | |
| 135. Hampton VA muni bond | A | Interest | K | T | buy | 7/24 | K | | |
| 136. Henry Co VA muni bond | A | Interest | K | T | buy | 8/1 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Prince William Co VA muni bond | | None | K | T | buy | 4/18 | K | | |
| 138. Roanoke VA muni bond | | None | K | T | buy | 10/10 | K | | |
| 139. Rutherford Co TN muni bond | | None | K | T | buy | 6/29 | K | | |
| 140. Virgina Beach VA muni bond | A | Interest | K | T | buy | 5/19 | K | | |
| 141. Virginia Comwlth Tr muni bond | A | Interest | K | T | buy | 3/27 | K | | |
| 142. Virginia St Pub Rev muni bond | B | Interest | L | T | buy | 6/8 | L | | |
| 143. Prince Georges Co MD muni bond | | None | | | buy | 4/4 | K | | |
| 144. | | | | | sale | 4/7 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In VII Investments and Trusts, the following explanations:

Line 10, T. Rowe Price Summit Municipal Intermediate Fund was previously named T. Rowe Price Tax Free Ins. Fund;

Line 39, proper spelling is Anadarko, and not Andarko as shown on 2005 report;

Line 86, proper name is L-3 Communications Hldgs, and not L3 Commuinications Corp as shown on 2005 report;

Line 129, proper name is Wal-Mart Stores, and not Walmart Stores, as shown on 2005 report.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jones, James P | 05/04/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  5/4/07 _____

NOTE: ANY IN██████████████████ Y AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544